**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MONICA NICULCEA,                               :     No. 964 MAL 2015
                                               :
                    Petitioner                 :
                                               :
                                               :     Petition for Allowance of Appeal from
                                               :     the Order of the Commonwealth Court
          v.                                   :
                                               :
                                               :
UNEMPLOYMENT COMPENSATION                      :
BOARD OF REVIEW,                               :
                                               :
                    Respondent                 :
                                               :
STONERIDGE RETIREMENT LIVING                   :
COMMUNITY,                                     :
                                               :
                    Intervenor                 :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.